Kathleen Dillon Hunt, WSBA No. 40094
Law Office of Kathleen Dillon Hunt
Post Office Box 5864
Lacey, WA 98509-5864
Telephone: (206) 584-9280

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA M. VALENCIA, *et ux,*<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GTECH CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 3:09-CV-05110 FDB<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter may be dismissed in its entirety without prejudice and without costs, terms or conditions.

　　　DATED this 16th day of April, 2009.

Law Office of KATHLEEN DILLON HUNT　　　LITTLER MENDELSON, P.C.


/s/Kathleen Dillon Hunt　　　　　　　　　　　/s/Sherida Colvin
Kathleen Dillon Hunt  (#40094)　　　　　　　Sherida Colvin (#39990)

# ORDER

THIS MATTER having come before the Court based on the stipulation set forth above, the Court having reviewed the records and files herein, and having been further advised in the premises, it is hereby ORDERED that this action is dismissed without prejudice and without costs.

DATED this 18th day of May, 2009.

*Robert J Bryan*
Robert J Bryan
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th of May, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties herein, and that service of a paper copy of this document has been expressly waived by all counsel.

/s/ Kathleen Dillon Hunt
Kathleen Dillon Hunt
Attorney for Plaintiff

STIP/ORDER OF DISMISSAL - 2
WITHOUT PREJUDICE
Case No. 3:09-cv-05110 FDB

**Law Office of KATHLEEN DILLON HUNT**
PO Box 5864, Lacey, Washington 98509-5864
(360) 584-9280 Kathleen@Dillonhunt.com